# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| EMILIO FLENTALL, : | |
| : | |
| Movant, : | |
| : | |
| v. : | Criminal No. 3:20-CR-3-CAR-CHW-1 |
| : | |
| UNITED STATES OF AMERICA, : | Proceeding Under 28 U.S.C. § 2255 |
| : | |
| Respondent. : | |
| : | |

## ORDER ON RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation to grant Movant Emilio Flentall's Motion to Voluntarily Dismiss his pending motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. Respondent has not objected to the Recommendation, and the time in which to do so has expired. Having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge that Movant is entitled to dismiss his action voluntarily. The Recommendation [Doc. 59] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Movant's Motion to dismiss is **GRANTED** [Doc. 58], and his petition [Docs. 54 and 56] is hereby **DISMISSED**.

**SO ORDERED,** this 1st day of May, 2023.

                                        <u>s/ C. Ashley Royal              </u>
                                        C. ASHLEY ROYAL, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT